Chicago Flexible Shaft Co., complainant and appellee, v. Metal Polishers, Buffers & Platers Union, Local No. 6 et al., appellants. Gen. No. 33,008.

Opinion filed April 17, 1929. Rehearing denied May 1, 1929.

Charles H. Craig, for appellants. Otto A. Jaburek, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

The Bell Oil & Gas Company, appellee, v. Indiana Harbor Belt Railroad Company, appellant. Gen. No. 33,023.

Opinion filed April 17, 1929.

Glennon, Cary, Walker & Murray, for appellant; L. Beers-Jones, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

Silver Creek Coal Company, appellant, v. Aetna Mortgage & Security Company, trading as Geneva Apartments, appellee.. Gen. No. 33,039.

Opinion filed April 17, 1929.

Robert C. Fergus, for appellant. Julian J. Luster and Harold Marovitz, for appellee; Julian J. Luster, of counsel.

Mr. Justice Ryner delivered the opinion of the court.

Frederick F. Watson, complainant-appellee, v. Ad-Photoscope Company, petitioner C. H. Mitchell, appellant. Lee M. Kirchen et al., defendants.. Gen. No. 33,074.

Opinion filed April 17, 1929.

Charles H. Mitchell, pro se. Gallagher, Shulman & Abrams, for appellee.

Mr. Justice Ryner delivered the opinion of the court.